**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 7, 2006

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 03-2358

UNITED STATES OF AMERICA,
  *Plaintiff-Appellee,*

  *v.*

WILLIE DANTZLER,
  *Defendant-Appellant.*

Appeal from the United States District
Court for the Southern District of Illinois

No. 3:02CR30023-001-GPM

G. Patrick Murphy
*Chief Judge.*

**O R D E R**

We ordered a limited remand under *United States v. Paladino*, 401 F.3d 471, (7th Cir. 2005), to ask the district court whether Willie Dantzler would have benefitted from the additional sentencing latitude provided by *United States v. Booker*, 543 U.S. 220 (2005). The district court has responded that it would have imposed the same sentence. Dantzler, therefore, cannot show plain error. *See Paladino*, 401 F.3d at 484.

We invited the parties to address the appropriate disposition of this appeal in light of the district court's response, but Dantzler has let the deadline pass without taking that opportunity. His sentence is within the 188- to 235-month guideline range and is therefore presumed reasonable. *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005). Nothing in the record leads us to question that presumption. The judgment is AFFIRMED.